THE SALVATION ARMY IN THE UNITED STATES, Respondent, *v.* THE AMERICAN SALVATION ARMY, Appellant.

*Salvation Army in the United States* v. *American Salvation Army*, 135 App. Div. 268, appeal withdrawn.

(Submitted December 12, 1910; decided December 16, 1910.)

MOTION for leave to withdraw appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 3, 1910, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at Special Term and granting a new trial; also motion for cancellation of undertaking.

The motion was made upon the ground that the appeal was prematurely taken.

*Wilson Lee Cannon* for motion.

No one opposed.

Motion granted, without costs.